1 OF 4
JITS

3:08cv267TSL-JCS

1  UNITED STATES DISTRICT COURT
2  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3  JACKSON DIVISION
4
                                                    SOUTHERN DISTRICT OF MISSISSIPPI
                                                              F I L E D
                                                           APR 2 5 2008
                                                         J.T. NOBLIN, CLERK
                                                    BY_____ DEPUTY

5                                    } CASE
6  -VS ALBERT L. MILLER              } 42 USC 1983 JURY TRIAL DEMAND
7  CHRISTOPHER EPPS, COMMISIONER MDOC } 1. PERSONAL INJURY
8  AMERICAN CORRECTIONAL ASSOCIATION  } 2. VIOLATIONS OF STATE LAWS ON SMOKING
9  DOES 1-20                          } 3. VIOLATIONS ON ACA STANDARDS
                        DEFENDANTS    } 4. VIOLATIONS ON CONSTITUTIONAL RIGHTS
10
11
12  PLAINTIFF ALBERT L. MILLER, # R8140 A RESIDENT OF THE STATE
13  OF MISSISSIPPI, PRESENTLY IS INCARSERATED IN A STATE PRISON,
14  SOUTHERN MISSISSIPPI CORRECTIONAL INSTITUTION LOCATED AT P.O. BOX
15  1419 LEAKSVILLE, MS 39451. PLAINTIFF HAS NOT FILED ANY OTHER
16  PETITIONS FOR HABEUS CORPAS PURSUANT TO 28 USC § 2254 OR ANY
17  42 USC § 1983 EVER.
18
19  CHRISTOPHER EPPS, COMMISIONER (MDOC) MISSISSIPPI DEPARTMENT OF
20  CORRECTIONS, LOCATED AT 723 NORTH PRESIDENT STREET
21  JACKSON, MS 39202 IS SUED IN HIS OFFICIAL AND SUPERVISORY
22  CAPASITY. HE SET IN MOTION A SERIES OF EVENTS HE NEW ABOUT
23  OR SHOULD HAVE NONE ABOUT THAT LED TO MY INJURYS
24  AND DAMAGES.
25
26  AMERICAN CORRECTIONAL ASSOCIATION, LOCATED AT 4380 FORBES BLVD
27  LANHAM, MARYLAND 20706, ALSO A ACREDIBUTION ASSOCIATION FOR
28  MDOC, IN MISSISSIPPI DOING BUISNESS THERE ALSO AT 723 NORTH PRESIDENT

1. Street, Jackson, MS 39202, is sued in it's official and
2. supervisory capasity. This defendant set in motion a series
3. of events that they new about or should have new about
4. that led to my injuries and damages.
5.
6. Does 1-20 proper identities are not yet known but plaintiff
7. reserves the right to name them as they become known.
8.
9. Christopher Epps and American Correctional Association have
10. both strickly for profit ignored and broke well established state
11. laws and accedittpational policeys. Plaintiff first let defendants
12. know of his smoking addiction in 2004 to prison officials
13. because he was having pain in his chest and it effected
14. his lung disease. They never followed the new "use of
15. tabacco" policeys nor the "no smoking in state buildings" policeys.
16. which would have forced me to stop smoking 23 hours a day
17. I'm held inside the housing facilities. This illegal action
18. has caused my injuries and damages.
19.
20.            First Cause of Action
21.               Personal Injury
22. All defendants in this complaint caused my medical injuries,
23. lung disease, headaches and pain.
24.
25.            Second Cause of Action
26.        Violations on state laws on smoking
27. State law requires no smoking in a state building and
28. defendants ignore them to make a profit off of tabacco

1. Taking away my chance to quit smoking and
2. Furturing my damages and injuries.
3. 
4.            Third Cause of Action
5.         Violations of ACA Standards
6. ACA Standard; NCCHA Standards; P-F-05
7. Defendants violate this standard on the use of Tobacco.
8. They impliment a 1998 standard that was clearley replaced in 2004.
9. The American Correctional Association it's self ignore this and
10. other violations committed by MDOC allowing them to be
11. accreditdated undeservingly. This is fraud on the ACA's part
12. and it violate there tax exempt status.
13. 
14.           Fourth Cause of Action
15.        Violations of Constitutional Rights
16.           Eight Ammendment
17. This is deliberate indifference and well established as
18. a violation on inmates rights inregards to smoke free
19. inviroment.
20. 
21.           Administrative Remedies
22. A ARP was filed and the statue of limitation was violated
23. as MDOC has ignored other ARPS on this subject
24. See Case No (SMCI-08-59) The court is my only option
25. because my health and life is in iminint danger.
26. 
27. 
28.

Relief

1.) For all state laws to be enforced on no smoking in state buildings, This do include inmates housing units.

2.) ACA Standards, NCCHA standards, P-F-05 to be fully enforced, stop smoking in inmates housing areas and provide me with educational materials to stop smoking.

3.) $1,000,000 for Actual Damages

4.) $5,000,000 for Punitive Damages

5.) All cost of this litigation to be covered by defendants

I under the Penalty of Perjury declare all the above is true.

*[signature: Albert J Miller]*

Albert Miller # R8140
SMCI-II-81-149
P.O. BOX 1419
Leakesville, MS. 39451

OFFICE OF LEGAL SERVICES
INMATE LEGAL MAIL
SOUTH MS CORRECTIONAL INSTITUTION
LEAKESVILLE, MS 39451

RECEIVED
APR 25 2008
Clerk, U.S. District Court
Southern District of Miss.

STATE POSTAGE PAID USE AIR MAIL
LOUISVILLE, KY

THE ENCLOSED LETTER WAS NEITHER OPENED
NOR INSPECTED.    IF ENCLOSED ANY
MATERIAL NOT PERTAINING TO LEGAL BUSINESS
OR ENCLOSES CORRESPONDENCE FOR FORWARDING
TO ANOTHER PARTY, PLEASE RETURN THE
ENCLOSURE TO THE ABOVE ADDRESS.

SMCI
APPROVED LEGAL MAIL
APR 23 2008

USDC
P.O. BOX 23552
JACKSON, MS. 39225

